UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMPANION PROPERTY & CASUALTY INSURANCE COMPANY, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:13-CV-1739-B |
| CANDOR CONSTRUCTION COMPANY and MARIA ARACELAY TORRES, Individually and on Behalf of the Estate of Jose Rosalio (Miguel) Mendoza Vasquez, Deceased, and as Next Friend of Minor Children MM, LAM, and JM, | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Agreed Motion to Dismiss (doc. 28), filed March 31, 2014. After reviewing the Motion, the Court finds that it should be, and hereby is, **GRANTED**. Accordingly, the Court **ORDERS** that Plaintiff Companion Property and Casualty Insurance Company's claims against Defendants are **DISMISSED with prejudice**, each party to bear its own costs, expenses, and attorneys' fees.

**SO ORDERED.**

**SIGNED: April 1, 2014.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE